**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| WILLIAM BAQUERO,      Plaintiffs, vs. CHRISTOPHER LALLO, *et al.*,      Defendants. | Case No.: 2:23-cv-00775-GMN-BNW **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 7), of United States Magistrate Brenda Weksler, which recommends dismissing Plaintiff William Baquero's ("Plaintiff") case with prejudice and closing the case.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 7) (setting a July 21, 2023, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint,[1] (ECF No. 5), is **DISMISSED** with prejudice.  **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close the case.

Dated this __24__ day of July, 2023.

_____
Gloria M. Navarro, District Judge
United States District Court

---

[1] Plaintiff's Amended Complaint was filed as a Motion to Cease and Desist Violation of Due Process, (ECF No. 5). Because Plaintiff is proceeding *pro se*, the Magistrate Judge and undersigned liberally construe Plaintiff's Motion as an Amended Complaint. (R&R 1:16–20).